In the Matter of the Claim of SWARTZ, INC., *v.* THE CITY OF UTICA.

LOTTIE SWARTZ et al., as Administratrices of the Estate of ABE SWARTZ, Deceased, Appellants; HANAGAN & SUPIRO, Respondents.

(Argued June 2. 1930; decided June 13, 1930.)

*David F. Lee, David Levene* and *Louis E. Krohn* for appellants.

*Warnick J. Kernan* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.